FILED
CLERK, U.S. DISTRICT COURT

SEP - 9 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS L. THOMAS, | NO. SA CV 11-1905-JSL(E) |
| Petitioner, | |
| v. | JUDGMENT |
| ROBERT H. TRIMBLE, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _____, 2013.

*Spencer Letts*
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE